United States District Court
for the District of New Jersey

_____

**AMERICAN HOME ASSURANCE CO., ET AL**

       Plaintiff

**UNITED STATES OF AMERICA, ET AL**

       Defendant
_____

Civil No. 09-258

Order of Reassignment

It is on this 16th day of February 2009,

O R D E R E D that the entitled action is reassigned

from Judge William J. Martini to Judge Dennis M. Cavanaugh.

        S/Garrett E. Brown, Jr.
        Garrett E. Brown, Jr., Chief Judge
        United States District Court